UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-MJ-00713-RJJ-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| TAD ALAN MASERANG, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on October 12, 2007.

DATED this __28th__ day of December, 2007.

STEVEN W. MYHRE
United States Attorney

For: /s/ Russell E. Marsh
RUSSELL E. MARSH
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this __31st__ day of __March__ ~~2007~~ 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge